| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) _____ Chapter 11 |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | ALH Properties No. Fourteen, LP | |
|---|---|---|---|
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | Embassy Suites by Hilton Houston Downtown | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 26-0200252 | |
| 4. | Debtor's address | **Principal place of business**<br><br>1515 Dallas Avenue<br>Houston, TX 77010<br>Number, Street, City, State & ZIP Code<br><br>Harris<br>County | **Mailing address, if different from principal place of business**<br><br>2901 Wilcrest Drive, Suite 120<br>Houston, TX 77042<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | www.hilton.com/en/hotels/houdnes-embassy-suites-houston-downtown | |
| 6. | Type of debtor | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>■ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor   **ALH Properties No. Fourteen, LP**   Case number (*if known*) _____
　　　　　Name

7. **Describe debtor's business**   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __7211__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. *Check all that apply*:

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   　　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   　　☐ A plan is being filed with this petition.

   　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ■ No.
   ☐ Yes.

   If more than 2 cases, attach a separate list.

   District _____   When _____   Case number _____
   District _____   When _____   Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ■ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____   Relationship _____
    District _____   When _____   Case number, if known _____

Debtor  ALH Properties No. Fourteen, LP                           Case number (*if known*)
       Name

**11. Why is the case filed in this district?**

Check all that apply:

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☒ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:
- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☐ 1-49
- ☒ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☒ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☒ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  ALH Properties No. Fourteen, LP                                Case number (if known)
        Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   05/31/2021
              MM / DD / YYYY

X  /s/ Nick Massad
Signature of authorized representative of debtor

Nick Massad, Jr.
Printed name

Title   President, CBD Hospitality, Inc., General Partner

**18. Signature of attorney**

X  /s/ Eric M. English
Signature of attorney for debtor

Date  05.31.2021
      MM / DD / YYYY

Eric M. English
Printed name

Porter Hedges LLP
Firm name

1000 Main Street, 36th Floor
Houston, TX 77002
Number, Street, City, State & ZIP Code

Contact phone  (713) 226-6000      Email address  eenglish@porterhedges.com

24062714 TX
Bar number and State

## ALH PROPERTIES NO. FOURTEEN, L.P.

*Joint Written Consent of the Sole General Partner and the Sole Limited Partner*

May 31, 2021

Pursuant to Section 6.201 of the Texas Business Organizations Code, the undersigned, being the sole general partner (the "*General Partner*") and the sole limited partner (the "*Limited Partner*" and together with the General Partner, the "*Partners*") of ALH Properties No. Fourteen, L.P., a Texas limited partnership (the "*Partnership*"), hereby approve, consent to and adopt the following recitals and resolutions and the actions therein authorized as the act of the Partners by written consent:

### *Proper Officers*

RESOLVED, that for purposes of these resolutions, the term "*Proper Officer*" shall mean any one or more of the duly elected President, Treasurer, any Vice President, the Secretary or any Assistant Secretary of the General Partner, for itself or acting on behalf of the Partnership, as the case may be.

### *Chapter 11 Bankruptcy*

WHEREAS, pursuant to Sections 7.2 and 7.3(g) of the Third Amended and Restated Agreement of Limited Partnership of the Partnership, in the judgment of each of the Partners, it is desirable and in the best interests of the Partnership, its creditors, employees, Partners and other interested parties that a petition be filed by the Partnership seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "*Bankruptcy Code*").

NOW THEREFORE, BE IT RESOLVED, that the Partnership shall be, and hereby is, authorized to: (a) file a voluntary petition (the "*Petition*") for relief under Chapter 11 of Title 11 of the Bankruptcy Code, in the United States Bankruptcy Court for the Southern District of Texas or such other court as any Proper Officer shall determine to be appropriate (the "*Bankruptcy Court*"); and (b) execute, verify and file all petitions, schedules, lists, and other papers or documents, and to take and perform any and all further actions and steps that any such Proper Officer deems reasonable, advisable, expedient, convenient, necessary, desirable and proper in connection with the Partnership's Chapter 11 case, with a view to the successful prosecution of such case;

FURTHER RESOLVED, that any Proper Officer be, and hereby is authorized, empowered and directed, on behalf of and in the name of the Partnership, to execute and verify the Petition as well as all other ancillary documents, cause the Petition to be filed with the Bankruptcy Court and make or cause to be made prior to execution thereof any modifications to

the Petition or ancillary documents as such Proper Officer, in such Proper Officer's discretion, deems necessary or desirable to carry out the intent and accomplish the purposes of these resolutions (such approval to be conclusively established by the execution thereof by such Proper Officer);

FURTHER RESOLVED, that any Proper Officer, be, and hereby is authorized, empowered and directed, on behalf of and in the name of the Partnership, to retain the law firm of Porter Hedges LLP ("**PH**") as bankruptcy counsel to represent and assist the Partnership in carrying out its duties under Chapter 11 of Title 11 of the Bankruptcy Code, and to take any and all actions to advance the Partnership's rights in connection therewith, and any Proper Officer is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Petition, and to cause to be filed an appropriate application for authority to retain the services of PH;

FURTHER RESOLVED, that any Proper Officer, be, and hereby is authorized, empowered and directed, on behalf of and in the name of the Partnership, to retain the services of The Claro Group, LLC and its affiliates ("**Claro**"), as the Partnership's financial advisor, and in connection therewith, any Proper Officer is hereby authorized, empowered and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Petition, and to cause to be filed an appropriate application for authority to retain the services of Claro;

FURTHER RESOLVED, that any Proper Officer be, and hereby is, authorized, empowered and directed, on behalf of and in the name of the Partnership, to employ any other professionals necessary to assist the Partnership in carrying out its duties under the Bankruptcy Code and with respect to its Chapter 11 case; and in connection therewith, such Proper Officer is hereby authorized, empowered and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the Petition and cause to be filed appropriate applications with the Bankruptcy Court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper;

FURTHER RESOLVED, that the Partnership, as debtor and debtor-in-possession under Chapter 11 of Title 11 of the Bankruptcy Code, shall be, and hereby is, authorized to obtain post-petition financing under terms which may be negotiated by any Proper Officer, including under debtor-in-possession credit facilities or the use of cash collateral, and to undertake related financing transactions (collectively, "**Financial Transactions**"), from such lenders and on such terms as may be approved by any Proper Officer, as reasonably necessary for the continuing conduct of the affairs of the Partnership, and to grant security interests in and liens upon all or substantially all of the Partnership's assets as may be deemed necessary by any Proper Officer in connection with such Financial Transactions;

FURTHER RESOLVED, (a) that any Proper Officer be, and hereby is, authorized, empowered and directed, on behalf of and in the name of the Partnership, as debtor and debtor-in-possession, to take such actions and to prepare, negotiate, execute, deliver and perform such agreements, certificates, instruments, guaranties, notices, and any and all other documents as such Proper Officer may deem necessary or appropriate to facilitate the Financial Transactions

(collectively, the "***Financing Documents***"); (b) that Financing Documents containing such provisions, terms, conditions, covenants, warranties, and representations as may be deemed necessary or appropriate by any Proper Officer are approved; (c) that the actions of any Proper Officer taken pursuant to this resolution, including the execution and delivery of all agreements, certificates, instruments, guaranties, notices, and other documents, shall be conclusive evidence of the approval thereof by such officer and by the Partnership; and (d) that upon such execution and delivery of all of the foregoing documents, instruments and agreements, and the execution and delivery thereof by all other parties or signatories thereto, the Partnership shall be bound by the terms and conditions set forth therein;

FURTHER RESOLVED, that any Proper Officer, be, and hereby is authorized, empowered and directed, on behalf of and in the name of the Partnership, to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by any Proper Officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful Chapter 11 case, including, but not limited to the development, filing and prosecution to confirmation of a Chapter 11 plan and related disclosure statement;

FURTHER RESOLVED, that in addition to the specific authorizations heretofore conferred upon any Proper Officer, such Proper Officer, shall be, and hereby is, authorized, empowered and directed, on behalf of and in the name of the Partnership, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments, and other documents, and to pay all expenses, including filing fees, in each case as in such officer's judgment shall be necessary or desirable in order fully to carry out the intent and accomplish the purposes of the resolutions adopted herein;

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken or to be taken by any Proper Officer, on behalf of and in the name of the Partnership in connection with the implementation of these resolutions, are hereby in all respects ratified, confirmed, and approved; and

FURTHER RESOLVED, this written consent may be executed in counterparts by means of an original, facsimile, or portable document format (PDF) signature, each of which shall be deemed an original document and both of which together shall constitute one and the same document.

[*Signature page follows*]

IN WITNESS WHEREOF, the undersigned, being the sole general partner and the sole limited partner, hereby consent to all of the foregoing as of the date first above written.

**GENERAL PARTNER:**

CBD HOSPITALITY, INC.

By: *[signature]*
Name: Nick Massad, Jr.
Title: President

**LIMITED PARTNER:**

ALMATY INSAAT TURIZM YATIRIM SANAYI YE TICARET A.S.

By: _____
Name: ZIYATDIN KASSANOV
Title: CHAIRMAN OF THE BOARD

[SIGNATURE PAGE TO THE JOINT WRITTEN CONSENT OF THE PARTNERS OF ALH PROPERTIES NO. FOURTEEN, L.P. (CH. 11 BANKRUPTCY FILING)]

10906548v2

**Fill in this information to identify the case:**

Debtor name: ALH Properties No. Fourteen, LP

United States Bankruptcy Court for the: SOUTHERN District of TX (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Hilton Hotels Corporation<br>4649 Paysphere Circle<br>Chicago, IL 60674 | | Trade | | | | $ 140,639.01 |
| 2 | ALH Hotel Management, LLC<br>2901 Wilcrest Drive<br>Suite 120<br>Houston, TX 77042 | | Trade | | | | $ 113,653.17 |
| 3 | Brookfield District Energy USA, LLC<br>P.O. Box 207851<br>Dallas, TX 75320 | | Trade | | | | $ 28,096.25 |
| 4 | Houston First Corporation<br>701 Avenida De Las Americas<br>Ste 200<br>Houston, TX 77010 | | Trade | | | | $ 27,097.99 |
| 5 | Popp Hutcheson PLLC<br>1301 S. Mopac<br>Suite 430<br>Austin, TX 78746 | | Trade | | | | $ 26,314.55 |
| 6 | Winston Financial Group, Inc.<br>10430-28 Pioneer Blvd<br>Santa Fe Spring, CA 90670 | | Trade | | | | $ 25,327.44 |
| 7 | Sovereign Services Of Houston, Inc<br>P.O. Box 460105<br>Hoston, TX 77056 | | Trade | | | | $ 25,155.10 |
| 8 | Sysco Food Svcs Of Houston<br>10710 Greens Crossing Blvd<br>Houston, TX 77038-2716 | | Trade | | | | $ 21,730.22 |

Official Form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 1

Debtor   ALH Properties No. Fourteen, LP_____     Case number *(if known)*_____
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Hearsay Discovery Green, LLC<br>P.O. Box 301103<br>Houston, TX 77230 | | Trade | | | | $ 14,389.65 |
| 10 | Prime Facility Group<br>P.O. Box 270568<br>Houston, TX 77277 | | Trade | | | | $ 13,066.30 |
| 11 | Vistar<br>P.O. Box 951080<br>Dallas, TX 75395-1080 | | Trade | | | | $ 7,815.96 |
| 12 | Imperial Linen, Inc<br>P.O. Box 1909<br>Stafford, TX 77497-1909 | | Trade | | | | $ 6,893.81 |
| 13 | Greater Houston Convention & Vistors Bureau<br>701 Avenida De Las Americas, Suite 200<br>Houston, TX 77010 | | Trade | | | | $ 5,240.00 |
| 14 | Guest Supply<br>P.O. Box 6771<br>Somerset, NJ 08875 | | Trade | | | | $ 4,571.29 |
| 15 | City Of Houston Water Department<br>P.O. Box 1560<br>Houston, TX 777251 | | Trade | | | | $ 4,099.56 |
| 16 | Firetron, Inc.<br>P.O. Box 1604<br>Stafford, TX 77497 | | Trade | | | | $ 3,721.63 |
| 17 | Sternenberg & Krohn, LLC<br>5612 Rampart St<br>Houston, TX 77081 | | Trade | | | | $ 3,409.88 |
| 18 | Sesac, LLC<br>P.O. Box 900013<br>Raleigh, NC 27675-9013 | | Trade | | | | $ 3,225.88 |
| 19 | Patriot Security, EOC<br>P.O. Box 1876<br>Nederland, TX 77627 | | Trade | | | | $ 2,302.79 |
| 20 | Gerardo De La Garza Johnson<br>1515 Dallas St<br>Houston, TX 77010 | | Trade | | | | $ 2,189.24 |

Official Form 204     **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**     page 2

**Fill in this information to identify the case:**

Debtor name __ALH Properties No. Fourteen, LP__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __05.31.2021__       **X** __/s/ Nick Massad, Jr.__
                                Signature of individual signing on behalf of debtor

                                Nick Massad, Jr.
                                Printed name

                                President, CBD Hospitality, Inc., General Partner
                                Position or relationship to debtor