UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ALH PROPERTIES NO. FOURTEEN, LP, | § | Case No. 21-31797 (DRJ) |
| | § | |
| Debtor.[1] | § | |
| | § | |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF ALL PLEADINGS

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Massachusetts Mutual Life Insurance Company ("MassMutual") in the above-captioned chapter 11 case pursuant to Rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, and orders, or other documents, filed or entered in this case, be transmitted to:

Charles A. Beckham, Jr.
Arsalan Muhammad
David Trausch
Haynes and Boone, LLP
1221 McKinney Street, Suite 4000
Houston, TX 77010
Phone: (713) 547-2000
Facsimile: (713) 547-2600
Email: charles.beckham@haynesboone.com
Email: arsalan.muhammad@haynesboone.com
Email: david.trausch@haynesboone.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and title 11 of the United States Code, but also includes

---

[1] The last four digits of the Debtor's federal tax identification number are -0252. The address of the Debtor's headquarters is 1515 Dallas Avenue, Houston, Texas 77010.

orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise filed with regard to the above case.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of MassMutual to (a) have final orders in non-core matters entered only after de novo review by a District Court Judge, (b) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

DATED:  June 2, 2021				Respectfully submitted,

						**HAYNES AND BOONE, LLP**

						By: */s/ Charles A. Beckham, Jr.*
						Charles A. Beckham, Jr.
						Texas State Bar No. 02016600
						Arsalan Muhammad
						Texas State Bar No. 24074771
						David Trausch
						Texas State Bar No. 24113513
						1221 McKinney Street, Suite 4000
						Houston, TX 77010
						Telephone: (713) 547-2000
						Facsimile: (713) 547-2600
						Email: charles.beckham@haynesboone.com
						Email: david.trausch@haynesboone.com
						Email: arsalan.muhammad@haynesboone.com

						**COUNSEL FOR MASSACHUSETTS
						MUTUAL LIFE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this case on June 2, 2021.

>    */s/ Charles A. Beckham, Jr.*
>    Charles A. Beckham, Jr.