UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **ALH PROPERTIES NO. FOURTEEN, LP,** | § | **Case No. 21-31797 (DRJ)** |
| | § | |
| **Debtor.**[1] | § | |
| | § | |

**NOTICE OF FILING REDLINE TO FINAL ORDER (I) AUTHORIZING THE
PAYMENT OF CLAIMS OF CRITICAL VENDORS, AND
(II) GRANTING RELATED RELIEF**

[Relates to Docket No. 4]

**PLEASE TAKE NOTICE THAT** attached hereto as **Exhibit A** is a redline of the revised proposed *Final Order (I) Authorizing the Payment of Claims of Critical Vendors, and (II) Granting Related Relief* filed at Docket No. 4.

Dated: June 3, 2021
Houston, Texas

**PORTER HEDGES LLP**

By: */s/ Eric M. English*
Eric M. English (TX 24062714)
Megan Young-John (TX 24088700)
Emily Nasir (TX 24118477)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
eenglish@porterhedges.com
myoungjohn@porterhedges.com
enasir@porterhedges.com

**PROPOSED COUNSEL FOR DEBTOR
AND DEBTOR IN POSSESSION**

---

[1] The last four digits of the Debtor's federal tax identification number are -0252. The address of the Debtor's principal place of business is 1515 Dallas Avenue, Houston, Texas 77010.

11096010

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 3, 2021, a true and correct copy of the foregoing Notice was served electronically on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system. The undersigned further certifies that the foregoing Notice was served upon all parties listed on the attached Service List pursuant to the Federal and Local Bankruptcy Rules.

*/s/ Eric M. English*
Eric M. English

## SERVICE LIST

| | |
|---|---|
| **DEBTOR** | **REPRESENTED BY** |
| ALH PROPERTIES NO. FOURTEEN, LP<br>1515 DALLAS AVE<br>HOUSTON TX 77010 | ERIC M. ENGLISH<br>MEGAN YOUNG-JOHN<br>EMILY NASIR<br>1000 MAIN STREET, 36TH FLOOR<br>HOUSTON, TX 77002 |
| **US TRUSTEE** | **REPRESENTED BY** |
| OFFICE OF THE US TRUSTEE<br>515 RUSK AVE<br>STE 3516<br>HOUSTON TX 77002 | STEPHEN DOUGLAS STATHAM<br>HECTOR DURAN<br>OFFICE OF US TRUSTEE<br>515 RUSK AVE, STE 3516<br>HOUSTON TX 77002 |

**CREDITORS AND PARTIES IN INTEREST**

MASS MUTUAL
ATTN AGUINALDO VALDEZ
STUTZMAN BROMBERG ESSERMAN & PLIFKA
2323 BRYAN ST
DALLAS TX 75201

BARINGS
ATTN AGUINALDO VALDEZ
STUTZMAN BROMBERG ESSERMAN & PLIFKA
2323 BRYAN ST
DALLAS TX 75201

ALH HOTEL MANAGEMENT, LLC
2901 WILCREST DRIVE
SUITE 120
HOUSTON TX 77042

BROOKFIELD DISTRICT ENERGY USA, LLC
P.O. BOX 207851
DALLAS TX 75320

CITY OF HOUSTON WATER DEPARTMENT
P.O. BOX 1560
HOUSTON TX 777251

1

11089918

2

FIRETRON, INC.
P.O. BOX 1604
STAFFORD TX 77497

GERARDO DE LA GARZA
1515 DALLAS ST
HOUSTON TX 77010

GREATER HOUSTON CONVENTION & VISTORS BUREAU
701 AVENIDA DE LAS AMERICAS
SUITE 200
HOUSTON TX 77010

GUEST SUPPLY
P.O. BOX 6771
SOMERSET NJ 08875

HEARSAY DISCOVERY GREEN, LLC
P.O. BOX 301103
HOUSTON TX 77230

HILTON HOTELS CORPORATION
4649 PAYSPHERE CIRCLE
CHICAGO IL 60674

HOUSTON FIRST CORPORATION
701 AVENIDA DE LAS AMERICAS
STE 200
HOUSTON TX 77010

IMPERIAL LINEN, INC
P.O. BOX 1909
STAFFORD TX 77497-1909

PATRIOT SECURITY, EOC
P.O. BOX 1876
NEDERLAND TX 77627

POPP HUTCHESON PLLC
1301 S. MOPAC
SUITE 430
AUSTIN TX 78746

PRIME FACILITY GROUP
P.O. BOX 270568
HOUSTON TX 77277

SESAC, LLC
P.O. BOX 900013
RALEIGH NC 27675-9013

SOVEREIGN SERVICES OF HOUSTON, INC
P.O. BOX 460105
HOUSTON TX 77056

STERNEBERG & KROHN, LLC
5612 RAMPART ST
HOUSTON TX 77081

SYSCO FOOD SVCS OF HOUSTON
10710 GREENS CROSSING BLVD
HOUSTON TX 77038-2716

VISTAR
P.O. BOX 951080
DALLAS TX 75395-1080

WINSTON FINANCIAL GROUP, INC.
10430-28 PIONEER BLVD
SANTA FE SPRING CA 90670

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P O BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVICE
300 E 8TH ST
MAIL STOP 5026AUS
AUSTIN TX 78701

UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF TEXAS
1000 LOUISIANA ST STE 2300
HOUSTON TX 77002

11089918